UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-33406 |
|---|---|
| RUSTY B. HUDSON | (Chapter 13) |
| MAE E. HUDSON | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985478**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 3 | RBS CITIZENS NA/CHARTER ONE BK<br>CCO MORTGAGE<br>10561 TELEGRAPH ROAD<br>GLEN ALLEN, VA  23059 | 51.45 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/18/2009

                                            Certificate of Service                    08-33406

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| RUSTY B. HUDSON<br>MAE E. HUDSON<br>P.O. BOX 716<br>SOUTH CHARLESTON, OH  45368 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH  45432 | (3.3)<br>CCO MORTGAGE<br>BOX 6260<br>GLEN ALLEN, VA  23058 |
| (48.1n)<br>CHASE AUTO FINANCE<br>NATIONAL BANKRUPTCY DEPT<br>201 N CENTRAL AVE AZ1-1191<br>PHOENIX, AZ  85004 | (54.1n)<br>ECAST SETTLEMENT CORPORATION<br>% BASS & ASSOCIATES<br>3936 E FT LOWELL RD<br>TUCSON, AZ  85712 | (3.1)<br>RBS CITIZENS NA/CHARTER ONE BK<br>CCO MORTGAGE<br>10561 TELEGRAPH ROAD<br>GLEN ALLEN, VA  23059 |
| (52.1n)<br>TARGET NATIONAL BANK<br>% WEINSTEIN AND RILEY<br>2001 WESTERN AVENUE STE 400<br>SEATTLE, WA  98121 | | |

          Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner          cs